Case 1:20-cv-08469-PGG-JLC   Document 8   Filed 01/13/21   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SHANA WILLIAMS,

          Plaintiff,           **ORDER**

         -against-           20-CV-8469 (PGG) (JLC)

ANDREW SAUL,
*Commissioner of Social Security*,

         Defendant.

---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

     Plaintiff commenced the above-captioned case by filing a complaint on October 11, 2020 (Dkt. No. 1). On October 14, 2020, Judge Gardephe referred this case to me (Dkt. No. 6). To date, plaintiff has not filed proof of service of process. In light of the foregoing, plaintiff is hereby directed to file proof of service, no later than close of business on **January 19, 2021**, given that the deadline for service to be completed was January 11, 2021 pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

     **SO ORDERED.**

Dated: January 13, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge