UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHANA WILLIAMS,

                        Plaintiff,                    20 **CIVIL** 8469 (JLC)

        -v-                                           **JUDGMENT**

KILOLO KIJAKAZI,
Commissioner, Social Security Administration,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 16, 2022, Williams' motion for judgment on the pleadings is granted, the Commissioner's cross-motion is denied, and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ should (1) obtain a functional assessment from Williams' treating providers; (2) obtain a functional assessment from Williams' treating psychiatrist, Dr. Vilor Shpitalnik; (3) assess Williams' RFC in light of any additional findings of her physical and mental impairments; (4) if needed, submit additional hypotheticals mirroring Williams RFC to the vocational expert; and (5) consider whether Williams may qualify for a "closed period" of disability.

**Dated:** New York, New York
           March 16, 2022

                                                               **RUBY J. KRAJICK**

                                                                Clerk of Court
                                        **BY:**
                                                                 **Deputy Clerk**